1  Ronald L. Richman, SBN 139189
   BULLIVANT HOUSER BAILEY PC
2  101 Montgomery Street, Suite 2600
   San Francisco, CA 94104
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  E-mail:ron.richman@bullivant.com

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>L.T. DIRECTIONAL BORING, a California corporation,<br><br>Defendant. | Case No.: 17-cv-06864-KAW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

– 1 –
STIPULATION FOR DISMISSAL; ORDER THEREON

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that this case be dismissed, in its entirety, without prejudice.

DATED: February 13, 2018

                                          BULLIVANT HOUSER BAILEY PC

                                          By */s/ Ronald L. Richman*
                                               Ronald L. Richman

                                          Attorneys for Plaintiffs

DATED: February 13, 2018

                                          SWEENEY, MASON, WILSON & BOSOMWORTH

                                          By */s/ Roger M. Mason*
                                               Roger M. Mason

                                          Attorneys for Defendant

## **ORDER**

Pursuant to the parties' Stipulation and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, in its entirety, without prejudice.

DATED: February 14, 2018

                                          By _Kandis Westmore_
                                             HON. KANDIS A. WESTMORE
                                             UNITED STATES MAGISTRATE JUDGE

4825-0688-1885.1